No. 05–5.  LUNG FONG CHEN v. UNITED STATES; and

No. 05–5120.  TU v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–7.  RUNDELL ET AL. v. HASTINGS MUTUAL INSURANCE CO. ET AL.  Ct. App. Mich.  Certiorari denied.

No. 05–9.  COMMEREE v. OFFICE OF COMPLIANCE ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 05–10.  AIRTRANS, INC. v. MEAD, INSPECTOR GENERAL, DEPARTMENT OF TRANSPORTATION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–12.  LITOFF v. PINTER.  Sup. Ct. N. D.  Certiorari denied.

No. 05–13.  LEE v. KING, CHIEF JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 05–14.  CHRISTENSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–15.  HANNA v. CITY OF CHICAGO, ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 05–17.  HERNANDEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–20.  WATSON v. UNUM LIFE INSURANCE COMPANY OF AMERICA.  C. A. 4th Cir.  Certiorari denied.

No. 05–26.  CHARROS v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 05–28.  STEVENS v. STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 05–29.  ROACH v. ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.